IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

DALEEN TECHNOLOGIES, INC.,

Plaintiff,

v.

ARBROS COMMUNICATIONS, INC.,

Defendant.

Case No. AMD 02 CV 465

## ORDER

Upon consideration of Defendant's Motion, any Opposition filed thereto, and all supporting papers, it is this ___7___ day of __March__, 200_2_,

ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby GRANTED, and this action IS DISMISSED.



JUDGE
United States District Court for the District of Maryland

